IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 19-CR-240 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER HARDIN, | ) | MOTION TO SET RESTITUTION |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, through Justin E. Herdman, United States Attorney, and Matthew B. Kall, Assistant United States Attorney, and files this unopposed motion to set the restitution in this case.

Before sentencing, the Probation Department prepared a detailed Presentence Investigation Report that included recommended restitution amounts for approximately 17 victims of Defendant's conduct. (R. 7: Final Presentence Report, Paragraph 80, PageID 110-11). Shortly before sentencing, defense counsel notified the government that Defendant had made restitution payments to two of the victims. Because the government was unable to verify this information before sentencing, the Court permitted the parties to submit post-sentencing information to the Court for a final restitution order in the Judgment.

After the FBI contacted the two victims, the government confirmed that Defendant Hardin made restitution payments to two of the victims.  Specifically, the following two changes should be made:

(1) The victim listed as "All Kids First" has informed the government that it is no longer owed any restitution from Defendant Hardin.

(2) The amount of restitution due to OTS Company should be reduced by $22,975.  Hardin should be ordered to pay restitution to OTS $238,108.12.

All other restitution amounts and victims listed in paragraph 81 of the Final Presentence Report (R. 7, PageID 110-11) are accurate.  The government asks this Court to order restitution of $671,699.73, using the figures in the presentence report, with the two changes listed above.

Government counsel conferred with Michael J. Goldberg, counsel for Defendant Hardin, who advised that these figures were accurate.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:   /s/ Matthew B. Kall
    Matthew B. Kall (NY: 3003738)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3915
    (216) 522-8355 (facsimile)
    Matthew.B.Kall@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of September 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ Matthew B. Kall
        Matthew B. Kall
        Assistant U.S. Attorney