**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 1:19-CR-00240** |
| Plaintiff, | : | **JUDGE DAN A. POLSTER** |
| v. | : | |
| **CHRISTOPHER M. HARDIN,** | : | **MOTION TO CONTINUE DEFENDANT'S OCTOBER 15, 2019 BUREAU OF PRISONS SELF-SURRENDER DATE TO NOVEMBER 1, 2019** |
| Defendant. | : | |

**NOW COMES** the Defendant, Christopher M. Hardin, by and through his undersigned counsel, and hereby respectfully requests this Honorable Court issue an Order continuing Defendant's October 15, 2019 Bureau of Prisons self-surrender date to November 1, 2019, for the following reasons:

At the Sentencing Hearing, a self-surrender date of November 1, 2019 was Ordered for Defendant. On September 19, 2019, Defendant received a Self-Surrender Reporting Notice from the Department of Justice instructing Defendant to self-surrender to FCI Elkton on October 15, 2019, by noon (12:00 p.m.).

Defendant currently has several projects pending and relied on the understanding of undersigned's representation that he would self-surrender to FCI Elkton on November 1, 2019.

***WHEREFORE***, for the foregoing reasons, it is respectfully requested that this Honorable Court issue an Order, continuing Defendant's Bureau of Prisons self-surrender date to November 1, 2019.

2

>Respectfully submitted,
>
>/s/ - *Michael J. Goldberg*
>MICHAEL J. GOLDBERG (0040839)
>THE GOLDBERG LAW FIRM, LLC
>323 W. Lakeside Avenue, Suite 450
>Cleveland, Ohio 44113
>Telephone: (216) 696-4514
>Facsimile: (216) 781-6242
>goldberg@goldberg-lawfirm.com
>*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on this 20th day of September 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts system.

>/s/ - *Michael J. Goldberg*
>MICHAEL J. GOLDBERG (0040839)
>*Attorney for Defendant*